[Civ. No. 1343.   Fourth Appellate District.—May 9, 1934.]

WALLACE EDWARD HALL, a Minor, etc., et al., Appellants, v. J. J. BERLINER et al., Respondents.

Richard C. Waltz and Brittan & Mack for Appellants.

Borton & Petrini for Respondents.

THE COURT.— This is an appeal from a judgment following a directed verdict in an action for damages for wrongful death. All parties concerned are now convinced that the instruction for a directed verdict was erroneously given and, by stipulation, have consented and requested that the judgment be reversed and the action remanded for a new trial upon all of the issues.

It is, therefore, ordered that the judgment be reversed and the action remanded for a new trial upon all of the issues and that the *remittitur* issue forthwith.